# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRADFORD WATERS and RONALD E. WATERS,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs. ) ) | **CIVIL ACTION NO 05-0738-KD-B** |
| **AMF MECHANICAL CORP.; MARK FOWLER III, individually; MARTY FOWLER, individually; and MARK FOWLER, individually;** ) ) ) ) ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the court on the defendants' motion to reconsider this court's order of January 20, 2009 wherein the court denied defendants' motion for extension of time to file dispositive motions (doc. 52). Upon consideration, the motion to reconsider is **DENIED**. The summary judgment <u>brief</u> can be filed as an attachment to the parties' joint pretrial document but it is <u>not</u> to be docketed as a pending motion for summary judgment and will not be considered as a pending motion for summary judgment.

**DONE** this the 21st day of January, 2009.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**