# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRADFORD WATERS and RONALD E. WATERS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO 05-0738-KD-B** |
| ) | |
| **AMF MECHANICAL CORP.; MARK FOWLER III, individually; MARTY FOWLER, individually; and MARK FOWLER, individually;** ) ) ) ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The **time** for the Final Pretrial Conference scheduled for February 12, 2009, at 10:30 a.m. has been changed to **12:30 p.m**.

**All other deadlines remain unaffected.**

**DONE** this the 3rd day of February, 2009.

                                              s/ Kristi K. DuBose  
                                              **KRISTI K. DuBOSE**  
                                              **UNITED STATES DISTRICT JUDGE**